# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**PA 2-595-617**
**Effective Date of Registration:**
April 17, 2026
**Registration Decision Date:**
July 24, 2026

## Title

**Title of Work:** Walk With Me - Episode 2 Mail Call

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** April 04, 2025
**Nation of 1st Publication:** United States

## Author

- **Author:** New Magic Productions Network LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** New Magic Productions Network LLC
PO Box 724973, Atlanta, GA, 31139, United States

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay

**New material included in claim:** all other cinematographic material, additional new footage, production as a motion picture, revisions/additions to script

## Rights and Permissions

**Organization Name:** Conway Eader LLLP
**Name:** Jake Medoff
**Email:** jake@conwayeader.com
**Telephone:** (470)764-7164
**Address:** 50 Hurt Plaza Southeast, STE 1142