# EXECUTIVE PRODUCER AGREEMENT

DATE: April 8, 2023

Mann Robinson Studios, LLC

1035 Donnelly Ave, SW

Atlanta, Georgia, 30310

This agreement is made and entered into as of the date written above, by and between **Marshawn Davis/New Magic Productions**(for Production Company) and **Mann Robinson Studios** (Executive Producer) concerning Executive Producer's services in connection with the project presently known as **"Walk With Me"** (the "Picture"). The parties hereto agree as follows:

1. Employment.

Provided Executive Producer is available when and where reasonably required by Production Company, Production Company shall engage Executive Producer (capacity) for the Picture, and Executive Producer accepts such employment, upon the terms and conditions herein contained.

2. Term.

(a) Executive Producer's services hereunder shall be nonexclusive during development and first priority during production, provided, however, that any services which Executive Producer may render for third parties or on Executive Producer's own account during nonexclusive periods shall not materially interfere with the timely performance of Executive Producer's services and obligations hereunder.

(b) Commencing on the date hereof and continuing until terminated by either party as provided in this agreement, the Executive Producer shall use its best efforts on an [exclusive basis] in [territory] on a [non- exclusive basis] in [territory] to contribute resources to complete the picture.

(c) The Executive Producer has agreed to assist with the following for the production of this picture.

- Film editing
- Prison location / 20 scenes/ prison clothes
- Prison yard look, cell ( bunk bed, toilet,sink)
- Chow hall (Cafeteria )
- Warden office
- 2 guard uniforms, 8 inmate uniforms
- Prison bus
- Police car

- Therapist office
- Holding cell, visitation room, 4 inmates, 2 guards
- Hospital look ( bed, IV pole, vital machine! Visit chair! Privacy curtain)
- Food to feed cast and crew- $500 max (any overhead will be financially provided by New Magic Production)
- Miscellaneous items and purposes such as: lighting, filming equipment, permits etc. (Must be Approved by Russell Wyche)

(d) Executive Producer owns the rights for distribution perpetually for the picture.

(e) Producer must meet all deadlines, excessive delays can result in termination of this contract.

3. Credit.

In the event that the Picture is produced by Production Company and provided Executive Producer performs all of Executive Producer's services hereunder and on the condition that Executive Producer is not in breach or default hereof and subject to customary of the studio, network and/or other similar parties, Production Company shall accord Executive Producer screen credit on positive prints and /or digital prints of the Picture in substantially the form "**EXECUTIVE PRODUCER** – Producers Name" (credit). Producers must provide additional screen credits where needed for individual contributions from Mann Robinson Studios staff and associates. All other matters relating to credit shall be determined by Production Company in its sole and exclusive discretion and subject to the standards and operating policies and practices as established and determined by the network, studio or similar party. No inadvertent or casual failure by Production Company or any failure by a third party to accord the credit provided herein shall be deemed a breach of this Agreement.

4. Remuneration

a.) Executive Producer ownership of the picture will be determined by the cost to complete the picture and finalized no later than thirty days after completion.

b.) Producer will receive Producer share which entitles the share of Net Profits attributed to the services provided by the Executive Producer for the picture.

AGREED AND ACCEPTED:

Name and Signature of Executive Producer:

________________________________________

Sign

4/8/2023

Date of Execution:

For Production Company:

Name and Signature of Production Company Representative:

______________________________ 10/14/2024

Marshawn Davis Date

Name and Signature of Production Company Representative:

______________________________ **10/25/2024**

New Magic Productions Date