UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

NEW MAGIC PRODUCTIONS NETWORK, LLC,

Plaintiff,

v.

MANN ROBINSON DISTRIBUTION LLC, MANN ROBINSON STUDIOS LLC & MARSHAWN DAVIS,

Defendants.

CIVIL ACTION FILE NO.

JURY TRIAL REQUESTED

**DECLARATION OF TOMMIE GLOVER**

PERSONALLY APPEARED BEFORE ME Tommie Glover, Principal of Plaintiff New Magic Productions Network LLC, and, being duly sworn and deposed, states as follows:

1. I am the Founder and CEO of New Magic Productions Network, LLC ("New Magic"), and I am authorized to make this declaration on New Magic's behalf.

2. I make this declaration based on my own personal knowledge, and if called as a witness, I could and would testify competently to the facts set forth herein.

3. New Magic is in the business of producing and distributing television and film content. I have been personally and directly involved in the creation, production, and distribution of New Magic's projects, including the four-part television series entitled "Walk With Me" (the "Series").

4. Marshawn Davis ("Davis") wrote the original script from which the Series was developed. Davis's involvement in the Series was limited to writing that original script. The final product differs from the original script significantly.

5. Davis has never been an officer, member, manager, employee, or agent of New Magic. Davis has never held, and has never been granted, any actual or apparent authority to execute contracts, licenses, or other legal instruments on New Magic's behalf, to bind New Magic to any obligation, or to convey any rights in New Magic's property, including the Series.

6. I am aware of, and have reviewed, an Executive Producer Agreement bearing the printed date of April 8th, 2023, purporting to bind "Marshawn Davis/New Magic Productions" to Mann Robinson Studios, LLC (the "EP Agreement"), and a License Agreement dated October 14, 2024, purporting to grant Mann

Robinson Distribution, LLC exclusive worldwide distribution rights to the Series (the "License Agreement," together with the EP Agreement, the "Agreements").

7. I did not sign either of the Agreements. The signature appearing on each of the Agreements under or near the name "New Magic Productions" is not my signature.

8. I did not authorize any person, including Davis or any other individual, to sign either of the Agreements on New Magic's behalf, to hold themselves out as authorized to do so, or to bind New Magic to the terms of either Agreement.

9. To my knowledge, no officer, member, manager, employee, or agent of New Magic authorized, signed, or ratified either of the Agreements.

10. New Magic never received, reviewed, or approved a final, signed copy of either Agreement prior to their execution, and New Magic never agreed to the terms set forth in either Agreement, including the distribution fee, term, exclusivity, recoupment, or perpetual-rights provisions purportedly granted to Mann Robinson Studios, LLC or Mann Robinson Distribution, LLC.

11. Separately from, and prior to, the Agreements, New Magic had an informal, oral arrangement directly with Mann Robinson Distribution, LLC and Mann

Robinson Studios, LLC, under which Mann Robinson Distribution, LLC would distribute the Series and Mann Robinson Studios, LLC would provide ancillary production services in exchange for recoupment of its production costs from the Series' earnings, with any additional income to be shared with New Magic.

12. After the Agreements were purportedly executed in October 2024, New Magic was granted access to a reporting portal referenced in the Agreements. New Magic's use of that portal, and its receipt of any performance updates through it, was consistent with the pre-existing informal arrangement described above, and did not reflect New Magic's acceptance of, or assent to, the Agreements' terms. At no time did New Magic represent to Mann Robinson Distribution, LLC or Mann Robinson Studios, LLC that it accepted or was bound by the Agreements.

13. Mann Robinson Distribution, LLC has sub-licensed the Series to multiple platforms, including Tubi and Amazon Prime, and the Series has generated significant revenue. To date, New Magic has not received compensation consistent with the parties' actual, informal arrangement.

14. On December 11th, 2025, I caused a cease-and-desist letter to be sent to Mann Robinson Distribution, LLC and Mann Robinson Studios, LLC on New Magic's behalf, disputing the validity of the Agreements and demanding takedown of the Series and payment.

15. In response, counsel for Mann Robinson Distribution, LLC and Mann Robinson Studios, LLC sent correspondence dated January 5th, 2026 and February 3rd, 2026, representing that the Agreements were valid and binding on New Magic, disputing New Magic's authority to act, and stating that payment would be made, and an accounting provided, in accordance with the Agreements' terms.

16. In reliance on those representations that the Agreements would be honored and that payment was forthcoming, New Magic did not immediately commence legal action, and instead continued to correspond with Mann Robinson Distribution, LLC and Mann Robinson Studios, LLC in an effort to resolve the dispute informally.

17. During the period in which New Magic awaited payment and accounting, Mann Robinson Distribution, LLC continued to distribute and sub-license the

Series and to generate additional revenue that has not been paid or accounted for to New Magic.

18. The accounting provided by counsel for Mann Robinson Distribution, LLC and Mann Robinson Studios, LLC on February 3rd, 2026 does not reflect an accurate or complete accounting of the revenue generated by the Series, and New Magic disputes the methodology and amounts reflected therein, including the characterization and amount of claimed production-cost credits attributed to Mann Robinson Studios, LLC.

19. New Magic holds United States Copyright Registration Nos. [___] for the Series, and New Magic has not licensed, assigned, or otherwise transferred its copyright interest in the Series to Mann Robinson Distribution, LLC, Mann Robinson Studios, LLC, or Davis.

20. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

This _____ day of August, 2026.

Tommie Glover, Affiant

Sworn and subscribed before me this 10 day of August, 2026.

Notary Public

My commission expires: 03/02/27

JAEL SEJAKGOMO
NOTARY
EXPIRES
GEORGIA
March 2, 2027
PUBLIC
FULTON COUNTY