**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF GEORGIA**

**ATLANTA DIVISION**

| | |
|---|---|
| NEW MAGIC PRODUCTIONS NETWORK, LLC,<br>Plaintiff,<br>v.<br>MANN ROBINSON DISTRIBUTION LLC &<br>MANN ROBINSON STUDIOS LLC,<br>Defendants. | CIVIL ACTION FILE NO.<br>JURY TRIAL REQUESTED |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

COMES NOW, Plaintiff NEW MAGIC PRODUCTIONS NETWORK, LLC ("New Magic"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 65(a), hereby moves this Honorable Court for entry of a preliminary injunction enjoining Defendant Mann Robinson Distribution LLC ("MRD"), and its officers, agents, employees, and all persons in concert or participation with it, from reproducing, distributing, publically performing, sublicensing, or otherwise exploiting the copyrighted television series Walk With Me (the "Series") pending

final resolution of this action. In support of this Motion, New Magic shows the Court as follows:

1. New Magic owns the copyrights in the Series, evidenced by U.S. Copyright Registration Nos. PA 2-589-379, PA 2-595-617, PA 2-595-618, and PA 2-595-633, attached to the Complaint as Exhibits A–D.
2. MRD's claimed right to distribute the Series derives exclusively from a purported License Agreement that New Magic never authorized and did not execute, as set forth in the Complaint and the accompanying Declaration of Tommie Glover.
3. MRD continues to distribute and sublicense the Series to third-party platforms, including Tubi and Amazon Prime, notwithstanding New Magic's demand that such distribution cease.
4. As set forth more fully in the accompanying Brief in Support of this Motion, New Magic is likely to succeed on the merits of its claims for declaratory judgment (Count I) and copyright infringement (Count III), is suffering and will continue to suffer irreparable harm absent injunctive relief, the balance of hardships favors New Magic, and the public interest favors protection of valid copyrights.
5. This Motion is supported by the accompanying Brief in Support of Plaintiff's Motion for Preliminary Injunction, attached hereto as Exhibit I, and the

Complaint and exhibits thereto (including the Declaration of Tommie Glover, Exhibit G).

WHEREFORE, Plaintiff New Magic Productions Network, LLC respectfully requests that this Court enter a preliminary injunction enjoining Defendant Mann Robinson Distribution LLC, and its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with it, from reproducing, distributing, publicly performing, sublicensing, or otherwise exploiting the copyrighted television series "Walk With Me" pending final resolution of this action, and grant such other and further relief as the Court deems just and proper.

This 11th of August, 2026.

*/s/ Jacob Medoff*
Jacob O. Medoff
GA Bar No. 211318
**Conway Eader LLLP**
50 Hurt Plz SE
Suite 1142
Atlanta, GA 30303
Telephone: (470) 764-7164
jake@conwayeader.com
*Attorney for Plaintiff*